**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHY L. WALDOR**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>NEWARK, NJ 07101<br>973-297-4887 |

August 11, 2011

## LETTER ORDER

Re:   **Wendy Starland v. Rob Fusari, et al.**
      **Civil Action No. 10-4930 (JLL)**

Dear Counsel:

On August 3, 2011, the Court conducted an in-person status conference to hear oral argument on various discovery disputes. As more fully set forth on the record, the parties are to complete written discovery prior to conducting outstanding depositions. Moreover, the Court RESERVES on Plaintiff's informal motion to compel the settlement agreement between Defendant Fusari and non-party Germanotta. As for Plaintiff's informal motion to compel other documents and sound recordings, the Court GRANTS the application in part, and DENIES the application in part. Please refer to the transcript of the hearing dated August 3, 2011. Plaintiff shall memorialize the Court's rulings in a proposed form of order, which shall be submitted to the Court no later than August 15, 2011.

**SO ORDERED.**

*s/ Cathy L. Waldor*
**Cathy L. Waldor, U.S.M.J.**