**LAW OFFICES OF JAMES C. DEZAO, P.A.**
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND, | : |
| Plaintiff(s) | : |
| vs. | : CIVIL ACTION |
| | : CASE NO.: 2:10-CV-04930-JLL-CCC |
| ROB FUSARI AND ROB FUSARI PRODUCTIONS, INC., | : |
| Defendant(s) | : |

## AFFIDAVIT OF JAMES C. DEZAO REGARDING NON-PARTY WITNESS STEFANI GERMANOTTA'S MOTION TO SEAL

James C. DeZao, being duly sworn, deposes and says:

1. I represent the Defendants, Rob Fusari ("Fusari") and Rob Fusari Productions, Inc. (collectively, "the Defendants"), in the above-captioned matter.

2. I submit this Affidavit in regards to the Motion to Seal made by Non-Party Stefani Germanotta ("Germanotta").

3. The Defendants have reviewed the Motion and have no objection to its being granted.

1

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Law Offices of James C. DeZao, P.A.
*Attorneys for Plaintiffs*

Dated: 7/19/12

By: _____
JAMES C. DEZAO, ESQ.