**LAW OFFICES OF JAMES C. DEZAO, P.A.**
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND, | : |
| Plaintiff(s) | : |
| vs. | : CIVIL ACTION |
| | : CASE NO.: 2:10-CV-04930-JLL-CCC |
| ROB FUSARI AND ROB FUSARI PRODUCTIONS, LLC, | : |
| Defendant(s) | : |

**NOTICE OF MOTION TO SEAL**

To:   David M. Kohane, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Court Plaza North – 25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
(201) 489-3000 (f)

William Dunegan
Dunnegan & Scileppi LLC
350 Fifth Avenue
New York, NY 10118
(212) 332-8301 (f)

PLEASE TAKE NOTICE that the undersigned will move this Court, before Hon. Jose L. Linares, United States District Judge, in his Courtroom at the Martin Luther King, Jr., United States Courthouse, Newark, New Jersey, at 9:30 am on August 27, 2012, for an Order, pursuant to Local Civil Rule 5.3, to seal Pages 16-17 of Docket Entry 137. The

1

grounds for this Motion are set forth in the Defendants' accompanying Memo. The Plaintiff does not oppose this Motion. A proposed Order is attached.

Dated: August 8, 2012

Law Offices of James C. DeZao, P.A.
Attorney for Defendant(s)

By: _____
JAMES C. DEZAO, ESQ.