## **CERTIFICATION OF SERVICE**

**I HEREBY CERTIFY** that on August 8, 2012, a true and correct copy of the Defendant's Motion to Seal and it's attachments, was served, via email and electronically filed with the United States District Court, District of New Jersey.

Dated: August 8, 2012                     Law Offices of James C. DeZao, P.A.
                                          Attorney for Defendant(s)

                                          By: _____
                                                JAMES C. DEZAO, ESQ.