NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| WENDY STARLAND,<br><br>  Plaintiff,<br><br>v.<br><br>ROB FUSARI AND ROB FUSARI, PRODUCTIONS, LLC,<br><br>  Defendants. | Case No.: 2:10-CV-04930-JLL-MAH<br><br>**ORDER** |

**LINARES**, District Judge.

This matter comes before the Court on Plaintiff's Motion for Sanctions. For the reasons set forth in this Court's corresponding Opinion,

**IT IS** on this 9th day of August, 2012

**ORDERED** that Plaintiff's motion is denied.

**SO ORDERED.**

  s/ Jose L. Linares
  JOSE L. LINARES
  U.S. DISTRICT JUDGE