UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WENDY STARLAND,    :
　　　　　　　　　　　　　　　　　　　　　:   CASE NO.: 2:10-cv-04930-(JLL)-
　　　　　　　　　Plaintiff,    :   (MAH)
vs.    :
　　　　　　　　　　　　　　　　　　　　　:   **NOTICE OF MOTION**
ROB FUSARI AND ROB FUSARI    :
PRODUCTIONS, INC.,    :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

　　　　PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the undersigned will move this Court, before Hon. Michael A. Hammer, United States Magistrate Judge, in his Courtroom at the Martin Luther King, Jr. United States Courthouse, Newark, New Jersey, at 9:30 am on November 5, 2012, or as soon thereafter as counsel may be heard, for an order pursuant to Local Civil Rule 5.3(c) sealing portions of certain Exhibits annexed to the Declaration of William Dunnegan in Support of Plaintiff's Motion for an Order Sanctioning Defendants Under Rule 37 for Intentionally Violating Two Orders of This Court (the "Dunnegan Dec."). Proposed redactions to the Exhibits to the Dunnegan Dec., as well as Proposed Findings of Fact/Conclusions of Law and a Proposed Order are attached.

Dated: October 1, 2012　　　　　　　　　PROSKAUER ROSE LLP
　　　　　New York, NY


　　　　　　　　　　　　　　　　By:　__s/ Sandra A. Crawshaw-Sparks__
　　　　　　　　　　　　　　　　　　　Sandra A. Crawshaw-Sparks
　　　　　　　　　　　　　　　　　　　Eleven Times Square
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　(212) 969-3000
　　　　　　　　　　　　　　　　　　　*Attorneys for Non-Party Stefani Joanne Germanotta*

To:    James C. DeZao, Esq.
Law Offices of James C. DeZao, P.A.
322 Route 46 West
Suite 120
Parsippany, NJ 07054
*Attorney for Defendant*

William Dunnegan, Esq.
Dunnegan & Scileppi LLC
350 Fifth Avenue
New York, NY 10118
*Attorney for Plaintiff*

2