# Exhibit M

 Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Charles B. Ortner
Member of the Firm
d 212.969.3990
f 212.969.2900
cortner@proskauer.com
www.proskauer.com

December 30, 2011

**VIA EMAIL**

Peter L. Skolnik, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
     -AND-
1251 Avenue of the Americas, 18th floor
New York, New York 10020

Re:   Rob Fusari and Stefani Germanotta

Dear Peter:

This letter is in response to your letter dated December 25, 2011, in reference to Ms. Germanotta's responses at TR 67:4-8 and 201:3-4, to your questions at her deposition.

As you know, the entirety of Ms. Germanotta's deposition transcript was designated Highly Confidential under the protective order in place in the Starland litigation, thus, the only "non-parties" to Ms. Germanotta's settlement agreement with Mr. Fusari (the "Settlement Agreement") who were present at the deposition were counsel for Starland and the court reporter. Your letter copies additional individuals with whom we are not familiar. We have not copied them on this response. In all events, please identify those other individuals and provide us with a dated, signed copy of the required confidentiality document.

# REDACTED

Proskauer»

Peter L. Skolnik, Esq.
December 30, 2011
Page 2

**REDACTED**

Proskauer»

Peter L. Skolnik, Esq.
December 30, 2011
Page 3

This letter is not, and is not intended to be, a complete statement of all of the facts, circumstances or claims relevant to the matters addressed herein. This letter is without prejudice to or waiver of any or all of Ms. Germanotta's claims, rights, remedies and/or defenses (without limitation), all of which are expressly reserved.

Very truly yours,

Charles B. Ortner

cc: Sandra A. Crawshaw-Sparks, Esq.
    William Dunnegan, Esq.
    Laura Scileppi, Esq.