UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------- x
WENDY STARLAND,                       :
                                      :   CASE NO.: 2:10-cv-04930-(JLL)-
                     Plaintiff,       :   (MAH)
     vs.                              :
                                      :   **CERTIFICATE OF SERVICE**
ROB FUSARI AND ROB FUSARI             :
PRODUCTIONS, INC.,                    :
                                      :
                     Defendants.      :
------------------------------------- x

    I hereby certify that I caused a true and correct copy of (1) Notice of Motion to Seal; (2) Memorandum of Law In Support of Non-Party Stefani Joanne Germanotta's Motion to Seal; (3) (Proposed) Findings of Fact and Conclusions of Law and Proposed Order Granting Non-Party Stefani Joanne Germanotta's Motion to Seal; and (4) redacted and unredacted copies of Exhibits U, I, and M to the May 18, 2012 Declaration of William Dunnegan in Support of Plaintiff's Motion for an Order Sanctioning Defendants Under Rule 37 for Intentionally Violating Two Orders of This Court to be delivered to counsel for Plaintiff and Defendant by ECF and by USPS Certified Mail to the following addresses:

James C. DeZao
Law Offices of James C. DeZao, P.A.
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
*Attorneys for Defendants*

William Dunnegan
Dunnegan & Scileppi LLC
350 Fifth Avenue
New York, New York 10118
*Attorneys for Plaintiff*

This is the 1st day of October, 2012.

_____
Kevin S. Blum