**LAW OFFICES OF JAMES C. DEZAO, P.A.**
322 Route 46 West
Suite 120
Parsippany, New Jersey 07054
(973) 808-8900
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND, | |
| Plaintiff(s) | |
| vs. | CIVIL ACTION<br>CASE NO.: 2:10-CV-04930-JLL-CCC |
| ROB FUSARI AND ROB FUSARI PRODUCTIONS, LLC, | |
| Defendant(s) | |

**ORDER**

Upon the Motion to Seal of the Defendants, Rob Fusari and Rob Fusari Productions, LLC ("the Defendants"), the Court finds as follows:

(a) Proposed Findings of Fact and Conclusions of Law

The Defendants and certain ███████████████████ ████████ pertaining to an unrelated matter in or about 2010. The ████████ ████████ prohibits any party from revealing its existence or its terms, or ████ ███████████████████████████████, except as required by legal process. The ████████ further provides for presumed damages in a specified amount should its confidentiality provision be breached.

1

Recently, the Plaintiff has filed a Motion for Sanctions against the Defendants. In response to the Motion, the Defendants filed a Memo in which it was necessary for them to reference certain terms of the ███████████████████████████████ ███████████████████████████████████████. The Defendants did so while inadvertently violating the confidentiality provision.

The non-parties with whom the Defendants entered into the ████████ ███████████████████████████████████████████████████ ███████████████████████. In response to the Court's directive, the Defendants sought a temporarily seal of Docket Entry 137 and moved to seal. Accordingly, the Court temporarily sealed Docket Entry 137 and 144 pending its review of the Defendants' Motion to Seal. On or about July 27, 2012, the Court denied the Defendants' Motion to Seal Without Prejudice, noting several deficiencies in it. The Defendants thereafter submitted a renewed Motion; and currently ask that the Court seal the specified pages of Docket No. 144.

The parties to the ████████ have a legitimate private interest in maintaining confidentiality surrounding their ████████ in that it is highly confidential and not for public dissemination. Any revelation thereof harms both the non-parties referenced and the Defendants. The non-parties and the Defendants settled a matter that is highly notorious, with the intention that the ████████ not be revealed in any manner. Additionally, damages are presumed for any revelation of the ████████.

Furthermore, the public has an interest in being able to enter into settlement agreements which, pursuant to their terms, are confidential, and ensure that their confidentiality will be maintained in a subsequent legal proceeding.

The terms of the ███████████ referred to the in Docket No. 137 and 144 reveal confidential details thereof ████████████████████████████

████████████████████████████████████████████████████

███████████ are confidential and should not be revealed; will cause substantial injury to the non-parties and to the Defendants; and, therefore, should be sealed given that there is no less restrictive means of affording relief hereto.

Given the sensitivity of the matters contained in the ███████████ and the sensationality of the topic, there are no less restrictive alternatives to the relief sought herein.

If this relief is not granted, the parties to the ███████████ would be clearly defined and seriously injured.

THEREFORE, it is hereby ORDERED that

Docket Entry 137 is sealed as follows:

Page 16, fourth full paragraph and last partial paragraph (referencing ███████████

████████████████████████████);

Pages 17-18 (citing the ████████████████████████████

████████████████████████████);

Page 19, first full paragraph (referencing ███████████

███████);

Page 20, first full paragraph (same);

Page 22, third and forth full paragraphs (referring to ███████████

███████).

Page 23, third full and last partial paragraph (referring to ███████████).

3

Docket Entry 144 is sealed as follows:

Page 2, third full paragraph and last partial paragraph (███████████████ ███████████████);

Page 3, first and second full paragraphs (███████████████ ██████);

Page 4 (all but spillover paragraph at top of page, ███████████████ ███████████);

Page 5 (entirety of page, ███████████████████████).

Dated: _____

                                                        Hon. Linares, U.S.D. J.