**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND,<br><br>               Plaintiff,<br><br>v.<br><br>ROB FUSARI, et al,<br><br>               Defendants. | Civil Action No.: 10-4930 (JLL)<br><br>**ORDER** |

**LINARES**, **District Judge.**

On November 21, 2012, Magistrate Judge Michael A. Hammer presided over a status conference during which the parties addressed the effect of their pending motions to seal on the summary judgment oral argument scheduled before this Court on November 28, 2012. For the reasons discussed during the status conference,

**IT IS** on this ⟨⟨ day of November, 2012,

**ORDERED** that the oral argument scheduled before this Court on November 21, 2012 is adjourned; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate the parties' summary judgment motions [CM/ECF Nos. 166, 168, 170, and 176]; and it is further

**ORDERED** that the parties may re-file their summary judgment motions upon Magistrate Judge Hammer's adjudication of the pending motions to seal; and it is further

**ORDERED** that the parties shall redact or unredact any information, as appropriate, in filing any renewed motions for summary judgment in accordance with Magistrate Judge Hammer's order on the motions to seal.

**SO ORDERED.**

JOSÉ L. LINARES,
UNITED STATES DISTRICT JUDGE

1