NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND,<br><br>    Plaintiff,<br><br>v.<br><br>ROB FUSARI, et al,<br><br>    Defendants. | Civil Action No.: 10-4930 (JLL)<br><br>**AMENDED ORDER** |

**LINARES**, **District Judge.**

On November 21, 2012, Magistrate Judge Michael A. Hammer presided over a status conference during which the parties addressed the effect of their pending motions to seal on the summary judgment oral argument scheduled before this Court on November 28, 2012. For the reasons discussed during the status conference,

  **IT IS** on this ___ day of November, 2012,

  **ORDERED** that the oral argument scheduled before this Court on November 28, 2012 is adjourned; and it is further

  **ORDERED** that the Clerk of the Court shall administratively terminate the parties' summary judgment motions [CM/ECF Nos. 166, 168, 170, and 176]; and it is further

  **ORDERED** that the parties may re-file their summary judgment motions upon Magistrate Judge Hammer's adjudication of the pending motions to seal; and it is further

  **ORDERED** that the parties shall redact or unredact any information, as appropriate, in filing any renewed motions for summary judgment in accordance with Magistrate Judge Hammer's order on the motions to seal.

  **SO ORDERED.**            /s/ Jose L. Linares
                       JOSE L. LINARES,
                       UNITED STATES DISTRICT JUDGE