**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND,<br><br>Plaintiff,<br><br>v.<br><br>ROB FUSARI, et al.,<br><br>Defendants. | Civil Action No. 10-4930 (JLL)<br><br>**ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of the parties' joint application to refer Plaintiff Wendy Starland's ("Plaintiff's") motions for summary judgment [CM/ECF Nos. 166, 168 and 170], and Defendant Rob Fusari's ("Defendant")'s motion for summary judgment [CM/ECF No. 176] to Magistrate Judge Michael A. Hammer. On November 27, 2012, this Court entered an Order administratively terminating both parties' respective summary judgment motions without prejudice to their right to re-file upon Magistrate Judge Hammer's adjudication of the motions to seal filed in this case. Magistrate Judge Hammer issued two separate orders adjudicating the motions to seal on November 28, 2012. The parties, however, have not filed any renewed motions for summary judgment in accordance with this Court's November 27, 2012 Order. Accordingly,

IT IS, on this ___6___ day of December 2012,

**ORDERED** that the parties' joint application to refer their summary judgment motions is **denied** without prejudice to it being renewed upon the parties' filing of renewed motions for summary judgment in accordance with this Court's November 27, 2012 Order.

**SO ORDERED.**

JOSE L. LINARES
U.S. DISTRICT JUDGE

1