# LAW OFFICES OF JAMES C. DEZAO, P.A.
### Attorney at Law

James C. DeZao -NJ
Bruce Montague-NY*

*of Counsel*

322 Route 46 West, Suite 120
Parsippany, New Jersey 07054
Telephone (973) 808-8900
Facsimile (973) 808-8648

e-mail: jim@dezaolaw.com

New York Office
212-45 26th Avenue, Suite 7
Bayside, NY 11360
718-279-7555

December 18, 2012

**Via Facsimile and ECF**
Hon. Michael A. Hammer, U.S.M.J.
Martin Luther King Federal Building and Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    **Wendy Starland v. Rob Fusari, et al.**
               **Civil Action No.: 10-cv-04930 (JLL)(MAH)**

Dear Magistrate Judge Hammer:

      We represent Defendants Robert Fusari and Robert Fusari Productions, LLC ("Fusari") in the above captioned matter. We write to request an extension of the December 19, 2012, deadline set forth in the orders entered on November 28, 2012, Dkt. Nos. 219 and 220, to file a motion to seal documents submitted in connection with this action. Plaintiff, Wendy Starland and non-party Stefani Germanotta ("Germanotta") join in this request.

      On November 28, 2012, Your Honor ordered the parties and Germanotta to re-file their motions to seal after narrowing the scope of the confidentiality involved in this action. Dkt. Nos. 219 and 220. To avoid repetition and to reduce the number of motions that this Court need consider, the parties and Germanotta have agreed to file a single motion to seal, in which all parties and Germanotta will join. Due to the extent of collaboration involved, the parties and Germanotta require additional time to complete this joint motion. Accordingly, we request until Friday, December 28, an extension of nine days, to file the motion to seal.

Respectfully yours,

*/s/ James C. DeZao*

James C. DeZao, Esq.

Cc:    David Kohane, Esq. (Via E-mail)
          Kevin S. Blum, Esq. (Via E-mail)