

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 18, 2013

Sandra A. Crawshaw-Sparks
Member of the Firm
d 212.969.3915
f 310.557.2193
scrawshaw@proskauer.com
www.proskauer.com

*<u>Via ECF and Regular Mail</u>*

Hon. Magistrate Judge Michael A. Hammer
Martin Luther King, Jr. Federal Building & U.S. Courthouse
U.S. District Court of New Jersey
50 Walnut Street, Courtroom 2C
Newark, NJ 07101

      Re: *Starland v. Fusari*, 2:10-cv-04930-JLL-MAH

Dear Judge Hammer:

      This firm represents non-party Stefani Germanotta in the above-referenced matter. By ECF, I received the Court's June 18, 2013 Order setting the Motion to Seal (Dkt. No. 227) for 12:00 p.m., June 25, 2013 in Newark, New Jersey. Your Honor's clerk indicated that counsel should be prepared to discuss the Motion to Seal on that date. I will be in California, on business, during the entire week of June 24; consequently, I respectfully request that Your Honor allow my participation on June 25 via telephone.

Respectfully yours,

/s/ *Sandra. A. Crawshaw-Sparks*

Sandra A. Crawshaw-Sparks


cc: All Counsel of Record (via ECF)