**COLE, SCHOTZ, MEISEL,**
  **FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North - 25 Main Street
P.O. Box 800
Hackensack, New Jersey  07602-0800
201-489-3000
201-489-1536  Facsimile

**DUNNEGAN & SCILEPPI LLC**
350 Fifth Avenue
New York, New York 10118
212-332-8300
212-332-8301 Facsimile

Attorneys for Plaintiff Wendy Starland

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| vs. | : CASE NO.:10-CV-04930-JLL-MAH |
| | : |
| ROB FUSARI AND ROB FUSARI PRODUCTIONS, LLC, | : |
| | : |
| Defendants. | : |

**NOTICE OF MOTION OF PLAINTIFF FOR SUMMARY
JUDGMENT ON THE AFFIRMATIVE DEFENSES OF DEFENDANTS,
THE COUNTERCLAIMS OF DEFENDANT ROB FUSARI AND
HER CLAIM TO IMPOSE A CONSTRUCTIVE TRUST**

PLEASE TAKE NOTICE that, upon the declaration of William Dunnegan sworn to August 12, 2013, the statement pursuant to Rule 56.1 of the Civil Rules of this Court, and all prior proceedings in this action, plaintiff Wendy Starland ("Starland") will move before the Honorable Jose L. Linares in Courtroom 5D of the Martin Luther King Federal Building and

Courthouse, 50 Walnut Street, Newark, New Jersey, at 9:30 am on September 16, 2013, or as soon thereafter as counsel may be heard, for an Order (i) granting summary judgment in favor of Starland on the affirmative defenses of defendants, and the counterclaims of defendant Rob Fusari, (ii) granting Starland summary judgment that, if the jury finds that defendants are liable to Starland for a percentage of their future revenue resulting from their relationship with Stefani Germanotta p/k/a Lady Gaga, then Starland is entitled to a constructive trust on that future revenue, and (iii) granting for such other and further relief as may be just and proper.

Dated:  August 12, 2013

                                        **COLE, SCHOTZ, MEISEL,**
                                           **FORMAN & LEONARD, P.A.**

By  *s/David M. Kohane*
      David M. Kohane

**DUNNEGAN & SCILEPPI LLC**

By  *s/William Dunnegan*
      William Dunnegan

Attorneys for Plaintiff Wendy Starland

TO:    James C. DeZao, Esq.
         Law Offices of James C. Dezao
         322 US Highway 46 # 120
         Parsippany-Troy Hills, NJ 07054

         Attorneys for Defendants