Guy V. Amoresano
William P. Deni, Jr.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
Attorneys for Defendants
Rob Fusari and Rob Fusari Productions, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WENDY STARLAND<br><br>                        Plaintiff,<br>v.<br><br>ROB FUSARI and<br>ROB FUSARI PRODUCTIONS, LLC<br><br>                        Defendants. | Case No. 10-cv-4930 (JLL) (JAD)<br><br>Document electronically filed.<br><br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION TO SEAL and order |

Defendant Rob Fusari respectfully submits this Findings of Fact and Conclusions of Law in Support of Defendant's Motion to Seal *limited portions of Defendant's* Memorandum of Law in Opposition to Plaintiff's Motion For Entry Of Judgment, And In Support Of Defendant's Cross-Motion, In The Alternative, For Remittitur, ("Defendant's Brief") and *limited portions of the* accompanying Declaration of Dennis H. Cavanaugh ("Cavanaugh Declaration"), pursuant to Local Civil Rule 5.3, (ECF Nos. 533, 533-1). A redacted version of Fusari's Brief was filed at ECF No. 532.

The Court finds that on April 19, 2011, the Discovery Confidentiality Order was entered by the Hon. Claire C. Cecchi, U.S.M.J to govern information produced during discovery in this case.

The Court further finds that the documents Defendant seeks to seal contain information designated as "CONFIDENTIAL" under the Discovery Confidentiality Order. Specifically, the information Defendant seeks to seal contains proprietary, confidential and sensitive information

that is the subject of a confidential settlement agreement entered into by Defendants and Stefanie Germanotta.

The Court further finds that it ordered the production of this information with the understanding that it would be disclosed subject to strict confidentiality and ordered the parties to use their best efforts to file any documents containing this information under seal. Moreover, the Court has previously addressed and ruled on some of these matters and permitted the sealing of portions of the Motions for Summary Judgment and the Parties Joint Pretrial Order. (D.E. 264 and D.E. 313)

The instant Motion to Seal is thus being submitted in a narrowly tailored fashion in accordance with the terms of the Discovery Confidentiality Order to govern information produced in this case. Accordingly, based on the Discovery Confidentiality Order and to preserve the parties proprietary, confidential and sensitive information, Defendant should be permitted to file under seal Defendant's Brief and the Cavanaugh Declaration. Finding no less restrictive alternative is available, the Motion to Seal, (ECF No. 534), is granted.

SO ORDERED:

_____  1/7/15
Hon. Joseph A. Dickson, U.S.M.J.

2